IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHARLIE FITZGERALD III, OPHELIA
PARKER, and JOSEPH NASO, individually
and on behalf of all others similarly situated,

Plaintiff,

v.

UNIVERSAL PICTURES, a division of
UNIVERSAL CITY STUDIOS, LLC,
LEGEND PICTURES, LLC, LEGENDARY
PICTURES FUNDING, LLC,
LEGENDARY ANALYTICS, LLC, AND
HANDSTACK, P.B.C.,

Defendants.

Case No. 16-cv-1193

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

Pursuant to Local Rule 3.08, the Plaintiffs, OPHELIA PARKER, and JOSEPH NASO ("Plaintiffs"), and Defendants, UNIVERSAL CITY STUDIOS, LLC, LEGEND PICTURES, LLC, LEGENDARY PICTURES FUNDING, LLC, LEGENDARY ANALYTICS, LLC, AND HANDSTACK, P.B.C., ("Defendants") (collectively, "the Parties"), and jointly file this Notice of Settlement and Request for Stay and state the following:

1. As the result of an extended mediation process, beginning with one session conducted by Jay Cohen and multiple subsequent sessions conducted by Rodney Max, the Parties have agreed to a settlement to resolve this putative class action.

2. Plaintiffs intend to file an Unopposed Motion for Preliminary Approval of Class Action Settlement and supporting exhibits no later than November 29, 2018.

3. The Parties also jointly move the Court for a stay of all proceedings of this action, other than: (1) any proceedings relating to preliminary and/or final approval of the Settlement; and

(2) assuming final approval is granted, any proceedings necessary to carry out or enforce the terms and conditions of the Settlement.

Dated: November 15, 2018 　　　　　　　　　　Respectfully submitted,

/s/ Steven A. Marenberg
Steven A. Marenberg
Stephen M. Payne, Esq.
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
smarenberg@irell.com
spayne@irell.com
smarenberg@irell.com
kjones@irell.com

/s/ Gregory W. Herbert
Gregory W. Herbert, Esq.
Rob Herrington, Esq.
GREENBERG TRAURIG, P.A.
450 South Orange Ave.
Suite 650
Orlando, FL 32801
herbertg@gtlaw.com
herringtonr@gtlaw.com
castrop@gtlaw.com
redmanb@gtlaw.com

*Attorneys for Universal and Legendary*

/s/ E. Colin Thompson
E. Colin Thompson
Michael Joseph Labbee
SMOLKER, BARTLETT, LOEB,
HINDS & THOMPSON, P.A.
100 N. Tampa Street
Suite 2050
Tampa, Florida 33602
ColinT@smolkerbartlett.com
MichaelL@smolkerbartlett.com
RochelleB@smolkerbartlett.com

*Attorneys for Handstack*

/s/ Ed Normand
Edmund A. Normand
FBN: 865590
/s/ Alex Couch
Alex R. Couch
FBN: 118152
NORMAND PLLC
3165 McCrory Place, Suite 175
Orlando, FL 32814-0036
Tel: 407.603.6031
ed@ednormand.com
alex@ednormand.com
office@ednormand.com
service@ednormand.com

/s/ William C. Gray (pro hac vice)
William C. Gray, Esq.
GRAY LLC
17 N. State Street
Suite 1600
Chicago, IL 60602
Tel: 312.967.3653
BGray@GrayLLCLaw.com

*Attorneys for Plaintiffs*