UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**OPHELIA PARKER and JOSEPH NASO,**

      **Plaintiffs,**

**v.**                                         **Case No: 6:16-cv-1193-Orl-41DCI**

**UNIVERSAL PICTURES,
LEGENDARY PICTURES FUNDING,
LLC, HANDSTACK, P.B.C., LEGEND
PICTURES, LLC and LEGENDARY
ANALYTICS, LLC,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Classes (Doc. 162). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 166), recommending that the motion be granted.

After a *de novo* review, and noting that the parties filed a Joint Notice of Waiver of Objection to Magistrate Judge's Report and Recommendation (Doc. 167), the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 166) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Classes (Doc. 162) is **GRANTED**.

3. The ATDS, Internal-Do-Not-Call, National Do-Not-Call, and Out of Time Classes described in the Report and Recommendation are **PRELIMINARILY CERTIFIED**.

4. The Court makes the following appointments:

    a. Plaintiffs are appointed as class representatives for the ATDS and National Do-Not-Call Classes;

    b. Mr. Naso is appointed as class representative for the Out of Time Class;

    c. Ms. Parker is appointed as class representative for the Internal-Do-Not-Call Class;

    d. Attorneys William Gray and Edmund Normand are appointed as class counsel for all classes; and

    e. JND Legal Administration is appointed as the settlement administrator.

5. The Settlement Agreement (Doc. 163-1) is **PRELIMINARILY APPROVED.**

6. The Amended short and long form notices and the claim form (Doc. 167-1) are **APPROVED**.

7. The manner of service proposed is **APPROVED**.

8. The final approval schedule set forth in the Report and Recommendation is **ADOPTED**.

9. The final approval hearing is set for **July 17 2019**.

**DONE** and **ORDERED** in Orlando, Florida on April 8, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record